UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANDERSON and TARA NUNALLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RELIANT PRO REHAB LLC, d/b/a RELIANT REHAB, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00599-HBK<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO STAY CASE PENDING MEDIATION<br><br>(Doc. No. 20)<br><br>ORDER DIRECTING THE CLERK OF COURT TO AUTOMATICALLY LIFT STAY ON NOVEMBER 17, 2022 |

Pending before the Court is the parties' motion for administrative relief stipulating to a stay of this case pending mediation filed on October 3, 2022. (Doc. No. 20). The parties the same day filed a Notice of Mediation identifying the medicator, date and place of mediation. (Doc. No. 19). The parties request the court to grant a limited stay of this action until November 17, 2022 in order that they may dedicate their resources to mediation. (Doc. No. 20 at 2). The parties also request that the statute of limitations be tolled for all putative Fair Labor Standards Act collective members from September 27, 2022 until November 17, 2022. (*Id.*). The Court will grant the request for the stay and toll the period of limitations during the stay period.

The court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 705 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). The "party

requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." *Nken v. Holder*, 556 U.S. 418, 433-34 (2009). As a general rule, "stays should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066-67 (9th Cir. 2007). If a stay is especially long or indefinite, a greater showing is required to justify it and the court must "balance the length of any stay against the strength of the justification given for it." *Yong v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000).

The parties have met their burden to justify a stay of this action. The period of the stay is relatively short and tied to period of mediation.

Accordingly, it is **ORDERED**:

1. The parties' motion for administrative relief (Doc. No. 20) is GRANTED and this action is **stayed until November 17, 2022**.
2. The parties shall promptly file a joint status report no latter than November 17, 2022 to apprise the Court of the status of the case.
3. The statute of limitations shall be tolled for all putative Fair Labor Standards Act collective members from September 27, 2022 until November 17, 2022.
4. The Clerk of Court shall automatically lift the stay on November 17, 2022.

Dated:   October 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2