UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANDERSON and TARA NUNALLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RELIANT PRO REHAB LLC, d/b/a RELIANT REHAB, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:22-cv-00599-HBK<br><br>ORDER GRANTING PLAINTFFS' MOTION TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. No. 24)<br><br>ORDER DIRECTING CLERK TO ACCEPT AND SEPERATELY DOCKET THE SECOND AMENDED COMPLAINT<br><br>(Doc. No. 24-1) |

Pending before the Court is Plaintiffs' motion to file a second amended complaint filed on December 14, 2022. (Doc. No. 24). Plaintiffs attach a copy of their proposed second amended complaint to their motion. Doc. No. 24-1). The proposed second amended complaint removes all counts and allegations related to the FLSA and removes the request for a FLSA Collective Action. (*See generally Id*.). While Defendant does not oppose Plaintiff's motion, Defendant does not consent to the motion. (Doc. No. 24 at 1).

Rule 15 governs amended complaints and supplemental pleadings. Fed. R. Civ. P. 15. Under Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave" and the "court should freely give leave when justice so requires." Because Defendants do not consent to Plaintiffs filing a second amended complaint, leave of court is required. The Court, finding the proposed second amended complaint will not cause an undue delay, is not filed in bad faith, will not prejudice Defendant, and is not futile, grants the motion. *Foman v. Davis,* 371 U.S. 178, 182 (1962).

Accordingly, it is **ORDERED**:

1. Plaintiffs' motion to file a second amended complaint (Doc. No. 24) is GRANTED.

2. The Clerk of Court shall accept Plaintiffs' proposed second amended complaint (Doc. No. 24-1) and separately docket it as "Plaintiffs' Second Amended Complaint."

3. Defendant shall file a response to Plaintiffs' Second Amended Complaint within fourteen (14) days after the Clerk separately files it on the docket. Fed. R. Civ. P. 15(a)(3).

Dated:   December 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE